*E-Filed*
*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6667-GHK (FMOx) | Date | January 5, 2015 |
|---|---|---|---|
| Title | *Joseph Baumann v. Chase Investment Services Corp., et al.* | | |

**Presiding: The Honorable**  **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Remanding Action to State Court**

On December 15, 2014, the Ninth Circuit issued a mandate stating that Plaintiff Joseph Baumann's motion to remand should have been granted.  [Dkt. 71.]  Accordingly, this action is **hereby REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

                                                                                                                     :

                                                      Initials of Deputy Clerk          Bea